DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/2019

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JOSE GUAPALUPE,

                     Plaintiff,

-against-

SUPERINTENDENT, Upstate Corrctional Facility,

                     Defendants.

-----------------------------------------------------------X

17 CIVIL 7832 (VB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 4, 2019, Magistrate Judge Paul E. Davison's R&R is adopted as the opinion of the Court, and the petition for a writ of habeas corpus is denied; as petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue; the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Court's order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal; accordingly, this case is closed.

**Dated:** New York, New York
          December 4, 2019

                                                        RUBY J. KRAJICK
                                                          Clerk of Court

                                       BY:
                                                            Deputy Clerk

                                                           THIS DOCUMENT WAS ENTERED
                                                           ON THE DOCKET ON 12/4/2019